

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00705-CV

**EATON COMMERICAL, L.P.**,
Appellant

v.

**PARADIGM HOTEL SA RIVERWALK, LP**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI11882
Honorable John D. Gabriel, Jr., Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the order of the trial court is REVERSED, and the cause is REMANDED to the trial court with instructions to remand the arbitration award to the arbitrator to clarify the amount Appellant Eaton Commercial, L.P. is owed after the $769,553.33 adjustment. It is ORDERED that Appellant Eaton Commercial, L.P. recover its costs of this appeal from Appellee Paradigm Hotel SA Riverwalk, LP.

SIGNED October 5, 2016.

_____
Patricia O. Alvarez, Justice